# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**IDALIZ G. NIEVES PABON,**

**Plaintiff,**

**v.**                                                    **CASE NO. 15-2839 (GAG)**

**THE COMMONWEALTH OF PUERTO**

**RICO'S POLICE DEPARTMENT, et al.,**

**Defendants.**

## JUDGMENT

   As per Plaintiff's request of voluntary dismissal as per Fed. R. Civ. P. R. 41 (a)(2) at
Docket No. 28, judgment is hereby entered **DISMISSING without prejudice** the instant action.

   **S**O **ORDERED.**

   In San Juan, Puerto Rico this 6th day of June, 2016.

                                            *s/ Gustavo A. Gelpí*

                                            GUSTAVO A. GELPI

                                            United States District Judge

1